**No. D-2559. In the Matter of Disbarment of George Patrick Stanton, Jr.**

563 U.S. 1020, 131 S. Ct. 2954, 180 L. Ed. 2d 243, 2011 U.S. LEXIS 4114.

May 31, 2011. Disbarment entered.

Former order, 562 U.S. 816, 131 S. Ct. 409, 178 L. Ed. 2d 273, 2010 U.S. LEXIS 7523.

**No. D-2561. In the Matter of Disbarment of Douglas Clinton Crawford.**

563 U.S. 1020, 131 S. Ct. 2954, 180 L. Ed. 2d 243, 2011 U.S. LEXIS 4145.

May 31, 2011. Disbarment entered.

Former order, 562 U.S. 817, 131 S. Ct. 409, 178 L. Ed. 2d 273, 2010 U.S. LEXIS 7601.

**No. D-2562. In the Matter of Disbarment of Ferdinand R. Radolovich.**

563 U.S. 1020, 131 S. Ct. 2954, 180 L. Ed. 2d 243, 2011 U.S. LEXIS 4095.

May 31, 2011. Disbarment entered.

Former order, 562 U.S. 817, 131 S. Ct. 409, 178 L. Ed. 2d 273, 2010 U.S. LEXIS 7504.

**No. 10-514 (R46-019). Stok & Associates, P.A., Petitioner v. Citibank, N.A.**

563 U.S. 1029, 131 S. Ct. 2955, 180 L. Ed. 2d 243, 2011 U.S. LEXIS 4179.

June 2, 2011. The petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit in the above-entitled case was dismissed today pursuant to Rule 46.1 of the Rules of this Court.

**No. 10-772. City of Hazleton, Pennsylvania, Petitioner v. Pedro Lozano, et al.**

563 U.S. 1030, 131 S. Ct. 2958, 180 L. Ed. 2d 243, 2011 U.S. LEXIS 4259.

June 6, 2011. On petition for writ of certiorari to the United States Court of Appeals for the Third Circuit. Petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Third Circuit for further consideration in light of Chamber of Commerce of United States of America v. Whiting, 563 U.S. 582, 131 S. Ct. 1968, 179 L. Ed. 2d 1031 (2011).

Same case below, 620 F.3d 170.

**No. 10-9826. Ronald Foster, Petitioner v. A. Deane Buchanan, et al.**

563 U.S. 1030, 131 S. Ct. 2966, 180 L. Ed. 2d 243, 2011 U.S. LEXIS 4281.

June 6, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit dismissed. See Rule 39.8.